IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                                )<br>                    Petitioner,              )<br>                                                                )<br>             v.                                             )<br>                                                                )<br>DEANNA DEBONDT, GARY TEDDER, )<br>AND CRAIG HARRISON,               )<br>                    Respondents.         )<br>_____ ) | 1:06cv00915 OWW DLB<br><br>ORDER TO SHOW CAUSE RE:<br>ENFORCEMENT OF<br>INTERNAL REVENUE SUMMONS |

Upon the Petition of the United States and the Declaration of Revenue Agent Fred Chynoweth, including the exhibits attached thereto, it is hereby

ORDERED that Respondents Deanna DeBondt, Gary Tedder and Craig Harrison ("respondents"), appear before United States Magistrate Judge Dennis L. Beck, Courtroom 9, United States District Courthouse, 2500 Tulare Street, Fresno, California, on October 6, 2006, at 9:00 a.m., to show cause why respondents should not be compelled to obey the Internal Revenue Service summons issued to respondents on July 26, 2005, July 19, 2005 and March 15, 2006, respectively.

///

///

Order to Show Cause
Re: Enforcement of IRS Summons

It is further ORDERED that:

1. The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above. After hearing, the Magistrate Judge intends to submit proposed findings and recommendations under Local Rule 72-304(a), with the original filed by the Clerk and a copy provided to all parties.

2. A copy of this Order, together with the Petition and the Declaration of Revenue Agent Fred Chynoweth, shall be served in accordance with Rule 4 of the Federal Rules of Civil Procedure upon the respondents within 21 days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible.

3. The petitioning IRS revenue agent's group manager, and all federal employees designated by that group manager, hereby are appointed under Fed. R. Civ. P. 4(c)(2) to serve process in this proceeding.

4. Proof of any service done pursuant to paragraph 2, above, shall be filed with the Clerk as soon as practicable.

5. The file reflects a *prima facie* showing that the investigation is conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed. *United States v. Powell*, 379 U.S. 48, 57-58 (1964). The burden of coming forward therefore has shifted to whoever might oppose enforcement.

6. If there is any defense or opposition to the Petition, such defense or opposition shall be made in writing, supported by affidavit, and filed with the Clerk and a copy served on counsel for the United States in Washington, D.C. at least 10 days prior to the date set for the show cause hearing. The United States may file a reply within 5 days from the date of service of respondents' opposition.

7. At the show cause hearing, the Magistrate Judge intends to consider the issues

Order to Show Cause
Re: Enforcement of IRS Summons                -2-

1  properly raised in opposition to enforcement.  Only those issues brought into controversy by the
2  responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation
3  in the Petition will be considered admitted.

4      8.    The respondents may notify the Court, in a writing filed with the Clerk and served
5  on counsel for the United States at least 10 days prior to the date set for the show cause hearing,
6  that respondents have no objection to enforcement of the summons.  The respondents' appearance
7  at the hearing will then be excused.

8      9.  The respondents are hereby notified that failure to comply with this Order may subject
9  respondents to sanctions for contempt of court.

11     IT IS SO ORDERED.

12     **Dated:   August 28, 2006**        **/s/ Dennis L. Beck**
   3b142a                                   UNITED STATES MAGISTRATE JUDGE

28 Order to Show Cause
   Re: Enforcement of IRS Summons      -3-